UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 24-10627-MWF (ASx)**                    Date:  October 07, 2025

Title    ***Stephen Galanis v. Secure One Financial, Inc.***

Present:  The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:
Not Present                                        Not Present

**Proceedings (IN CHAMBERS):    COURT ORDER**

On August 25, 2025, the Court held a Zoom hearing on Plaintiff's Motion to Enforce Settlement (the "Motion").  The parties advised the Court that they had reached a settlement as to Plaintiff's claim(s).  Following that hearing, on August 26, 2025, the Court ORDERED the parties to file a stipulated dismissal no later than September 26, 2025.  Absent a stipulated dismissal, Plaintiff was to file a renewed Motion to Enforce Settlement no later than October 6, 2025.  (Order, Docket No. 32).

Based on the parties' previous representations and since Plaintiff has not filed a renewed Motion to Enforce Settlement, the Court now **ORDERS** Plaintiff to **SHOW CAUSE** ("OSC") why this action should not be dismissed for lack of prosecution.  In response to this OSC, Plaintiff may file a stipulated dismissal or renewed Motion to Enforce Settlement no later than **OCTOBER 21, 2025.**

No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the OSC.  Failure to timely respond to the OSC will result in the dismissal of this action.

IT IS SO ORDERED.