Lenny Bush (216072)
Bush Law Group
23679 Calabasas Road, Suite 1005
Calabasas, CA 91302
323-868-1903
bushlawgroup@gmail.com

Jacob U. Ginsburg *(pro hac vice)*
Kimmel and Silverman, PC
30 East Butler Avenue
Ambler, PA 19002
267-468-5374
jginsburg@creditlaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GALANIS,<br><br>    Plaintiff,<br><br>vs.<br><br>SECURE ONE CAPITAL CORPORATION,<br><br>    Defendant. | Case No.: 2:24-cv-10627<br><br>**PLAINTIFF'S RENEWED MOTION TO ENFORCE SETTLEMENT**<br><br>**District Judge: Michael W. Fitzgerald**<br>**Magistrate Judge: Alka Sagar**<br><br>**Zoom appearance or submission on the papers, requested**<br><br>**Motion date: December 1, 2025** |

## NOTICE OF RENEWED MOTION TO ENFORCE SETTLEMENT

TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

  PLEASE TAKE NOTICE THAT on December 1, 2025 at 9:30 am, or otherwise as soon as counsel may be heard, in Courtroom 5A of the United States

Courthouse at 350 W. 1st Street, Los Angeles, California 90012 before the Honorable Michael W. Fitzgerald, Plaintiff Stephen Galanis will and hereby does move to enforce a settlement memorialized on the record on August 25, 2025, with Defendant Secure One Capital Corp. for $5,000.00, plus litigation costs of an additional $980.00, pursuant to FRCP 54(d)(1).

## MOTION TO ENFORCE SETTLEMENT

Relying on the settlement read into the record on August 25, 2025, as well as ecords of email exchanges between counsel and the declaration of Jacob U. Ginsburg, Esq., Plaintiff seeks an Order enforcing the settlement and entering judgment for $5,000.00.

Plaintiff also seeks costs under Rule 54 in the amount of $980.00.

## LOCAL RULE 7-3 CERTIFICATION

This motion is made following emails and calls to opposing counsel, Matthew Pitts, who advised his client agreed generally to the $5,000.00 settlement on the record on August 25, 2025, as well as in emails and calls. Mr. Pitts did not respond to requests for payment or a signed settlement agreement.

Dated: October 29, 2025         By: */s/ Jacob U. Ginsburg*
                                Jacob U. Ginsburg (*pro hac vice*)
                                jginsburg@creditlaw.com
                                teamkimmel@creditlaw.com
                                KIMMEL & SILVERMAN, P.C.
                                30 East Butler Ave.
                                Ambler, PA 19002

Telephone: (267) 468-5374
Facsimile: 215-540-8817

Lenny Bush (216072)
Bush Law Group
23679 Calabasas Road, Suite 1005
Calabasas, CA 91302
323-868-1903
bushlawgroup@gmail.com

**CERTIFICATE OF SERVICE**

I, Jacob U. Ginsburg, Esq. hereby certify that a true and correct copy of the foregoing motion and supporting papers was served on all parties of record via ECF on this October 29, 2025.

    Matthew R. Pitts, Law Partner
    PITTS LAW, PLLC
    14314 S. Fort Pierce Way
    Herriman, UT 84096
    (801) 427-2500
    matt@pittslawyer.com

                                        */s/ Jacob U. Ginsburg*