JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHEN GALANIS,<br><br>          Plaintiff,<br><br>  v.<br><br>SECURE ONE CAPITAL CORPORATION,<br><br>          Defendant. | Case No. 2:24-cv-10627-MWF (ASx)<br><br>Before the Honorable Michael W. Fitzgerald<br><br>**JUDGMENT AGAINST SECURE ONE CAPITAL CORPORATION** |

On December 3, 2025, the Court **GRANTED** Plaintiff Stephen Galanis's Renewed Motion to Enforce Settlement.  (Docket No. 34).

Good cause having been shown and pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that final judgment in this action be entered as follows:

1.    Judgment is entered in favor of Plaintiff Stephen Galanis and against Defendant Secure One Capital Corporation in the amount of $5,000.

2.    Plaintiff Stephen Galanis shall recover his costs as provided by law.

Dated:  December 3, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge